UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT

    Plaintiff,

vs.                                                                            **Case No:**     05-1794

BREAD & CHOCOLATE, INC.
d/b/a BREAD & CHOCOLATE

    Defendant.

_____/

**PROOF OF SERVICE**

To the Clerk:

    Attached for filing, please find Affidavit of Service in the above captioned case indicating that Scott Tilles, Process Server served Defendant via personal service on October 6, 2005. The return receipt attached hereto indicates that the Defendant received the Summons and Complaint on October 6, 2005.

Dated this 14th day of October 2005.

    /s/  Joel R. Zuckerman
    Joel R. Zuckerman, Esquire
    Federal Bar No. 480152
    Schwartz Zweben & Slingbaum, LLP
    51 Monroe Street, Suite 812
    Rockville, Maryland 20850
    Telephone:    (301) 294-6868
    Facsimile:    (301) 294-6480
    *Attorney for Plaintiff*