# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Columbia

Case Number: 1:05CV01794

Plaintiff:
**Russell Holt**

vs.

Defendant:
**Bread & Chocolate, Inc. dba Bread & Chocolate**

Received by ESQ Process Servers to be served on **BREAD & CHOCOLATE INC., 2300 M Street, N.W., Suite 800, Washington, DC 20037**.

I, Scott Tilles, being duly sworn, depose and say that on the **6th day of October, 2005** at **12:09 pm**, I:

Served the within named **CORPORATION** by delivering a true copy of the **Summons in a Civil Case, Complaint, Notice of Right to Consent to Trial Before a United States Magistrate Judge, and Initial Electronic Case Filing Order** with the date and hour of service endorsed thereon by me to THOMAS P. HARNETT as **Resident Agent** of the within named corporation, in compliance with state statutes.

**Additional Information pertaining to this Service:**
Served at 1310 Pennsylvania Avenue, SE, Washington, DC 20003

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.



Subscribed and Sworn to before me on the 13th day of October, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC

My Commission Expires January 1, 2007

Scott Tilles
Process Server

ESQ Process Servers
51 Monroe Street
Suite 708
Rockville, MD  20850
(301) 762-1350
Our Job Serial Number: 2005011457
Ref: Russell Holt