Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT
_____
      Plaintiff(s)

           Civil Action No.  05-1794 _____

      V.

BREAD & CHOCOLATE
_____
      Defendant(s)

RE: DEFENDANT

## DEFAULT

It appearing that the above-named   defendant has   failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on           10/6/05         , and an affidavit on behalf of the plaintiff having been filed, it is this 30th  day of  November  , 2005  declared that:   defendant is   in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
                    Deputy Clerk