UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------X
RUSSELL HOLT,
     Plaintiff

     -vs.-                        **CASE NUMBER: 1: 05 CV 01794 (PLF)**

BREAD & CHOCOLATE, INC.,
     Defendant
-----------------------------------------------X

**PRAECIPE**

The Clerk of the Court will enter the appearance of THOMAS P. HARTNETT as counsel for the Defendant in this matter and to communicate with him at the address as set forth below.

                                  THOMAS P. HARTNETT, ESQ.
                                  1310 Pennsylvania Avenue, SE
                                  Washington, DC 20003

Dated: Washington, DC                _____
       December 19, 2005                THOMAS P. HARTNETT
                                  Counsel for Defendant
                                  BREAD & CHOCOLATE, INC.
                                  1310 Pennsylvania Avenue, SE
                                  Washington, DC 20003
                                  T: (202) 966-0066
                                  F: (202) 207-1030
                                  Unified Bar Number: 423132

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the Praecipe was served by first class mail this 19th day of December 2005 upon counsel for the Plaintiff.


_____.
Thomas P. Hartnett