UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT

    Plaintiff,

vs.                                       **Case No:**     05-1794

BREAD & CHOCOLATE, INC.
d/b/a BREAD & CHOCOLATE

    Defendant.

_____/

**CONSENT MOTION TO CONTINUE AND/OR CANCEL
MEET AND CONFER STATUS CONFERENCE**

Come now the Parties, by and through their respective counsel, and hereby file this Consent Motion to Continue and/or Cancel the Meet and Confer Status Conference presently scheduled for Thursday, January 19, 2006 at 2:15 and as ground therefore, state:

    1.    On January 9, 2006, this Honorable Court scheduled a Meet and Confer Status Conference for Thursday January 9, 2006 at 2:15.

    2.    Counsel for the Plaintiff has a previously scheduled discovery proceeding (an inspection of a property pursuant to Rule 34 in the case of <u>Robertshaw-Watson v. McDonald's, Inc.</u>, case no.: 04-3008 in the United States District Court for the District of Maryland) in Wheaton, Maryland at 2:30 p.m. on that same date.

    3.    Furthermore, in the matter before this Honorable Court, the parties, on November 9, 2005, met at the property to discuss settlement of the case. Based upon that meeting, and ongoing negotiations, the parties believe that they have reached an

agreement in principal on the substantive issues before this Court. The parties are still at in impasse with respect to the reimbursement of the Plaintiff's reasonable attorney's fees and costs; but continue to negotiate this issue and are hopeful that all matters can be resolved within the next thirty days. In the event that this sole issue regarding fees and costs cannot be resolved, the parties will petition this Honorable Court on this issue.

WHEREFORE, the premises considered, the parties request that the Meet and Confer Status Conference presently scheduled for January 19, 2006 at 2:15 be cancelled, or postponed and rescheduled at later date.

Dated this 10th day of January, 2006.

/s/ Joel R. Zuckerman
Joel R. Zuckerman, Esquire
D.C. No. 480152
Schwartz Zweben & Slingbaum, LLP
51 Monroe Street, Suite 812
Rockville, Maryland 20850
Telephone:    (301) 294-6868
Facsimile:    (301) 294-6480
*Attorney for Plaintiff*

/s/ Thomas P. Hartnet
Thomas P. Hartnett, Esquire
D.C. No. 423132
1310 Pennsylvania Ave., SE
Washington, D.C. 20003
Telephone:    (202) 966-0066
Facsimile:    (202) 207-1030
*Attorney for Defendant*