**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RUSSELL HOLT

    Plaintiff,

vs.                                           **Case No:**    05-1794

BREAD & CHOCOLATE, INC.
d/b/a BREAD & CHOCOLATE

    Defendant.

_____/

**ORDER**

UPON CONSIDERATION of the parties' Consent Motion to Cancel and/or Postpone the Meet and Confer Status Conference presently scheduled for Thursday, January 19, 2006 at 2:15, it is, by the United States District Court for the District of Columbia, hereby,

ORDERED, that the Meet and Confer Status Conference is hereby cancelled; and it is further

ORDERED, that the parties shall submit a status report within thirty days from the entry of this Order.

                                                                  Paul L. Friedman, Judge
                                                                  United States District Court

Copies to:

Joel R. Zuckerman, Esq.
Thomas P. Hartnett, Esq.