IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT

    Plaintiff,

vs.                                    Civil Action No.:   05-1794

BREAD & CHOCOLATE, INC.
d/b/a BREAD & CHOCOLATE

    Defendant
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, by and through undersigned counsel, and with the <u>consent</u> of the Defendant, hereby files this Notice of Settlement.  The parties have reached an agreement resolving all issues in the above referenced matter and expect to file a Stipulation of Dismissal, dismissing this case with prejudice, no later than March 30, 2006.

                                      Respectfully submitted:

                                      _____/s/_____
                                      Joel R. Zuckerman, Esq.
                                      D.C. Bar No.:  480152
                                      *Schwartz Zweben & Slingbaum, LLP.*
                                      *Attorneys for Plaintiff*
                                      51 Monroe St., Suite 812
                                      Rockville, Maryland 20850
                                      (301)294-6868

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___7th__ day of March, 2006, a copy of the foregoing was sent, via this court's electronic case filing system, to all counsel of record in this matter.

                                      _____/s/_____
                                      Joel R. Zuckerman