UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
RUSSELL HOLT,                                       )
                                                    )
                    Plaintiff,                      )
                                                    )
          v.                                        )        Civil Action No. 05-1794 (PLF)
                                                    )
BREAD & CHOCOLATE, INC.,                            )
                                                    )
                    Defendant.                      )
_____)

ORDER

        The Court having been advised by counsel for the plaintiff and for the defendant

that this action has been settled in a notice filed on March 7, 2006, it is hereby

        ORDERED that this case is DISMISSED.  The dismissal shall be without

prejudice for a period of 30 days from the date of this Order.  If settlement is not

consummated within that 30-day period, the parties may reopen the action upon motion

approved by the Court.  Should counsel fail to move to reopen the case within the prescribed

period, the matter shall, without further order, stand dismissed with prejudice; it is

        SO ORDERED.


                              _____/s/_____
                              PAUL L. FRIEDMAN
                              United States District Judge

DATE: March 9, 2006